NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GERALDINE J. NIKRASCH,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2013-3007

---

Petition for review of the Merit Systems Protection Board in case no. CH0353120242-I-1.

---

Before NEWMAN, LOURIE and REYNA, *Circuit Judges.*

PER CURIAM.

## O R D E R

The court considers whether Geraldine J. Nikrasch's petition for review should be dismissed.

This petition stems from an initial decision of the Merit Systems Protection Board ("Board"). Subsequently, Nikrasch filed a petition for review of that decision with both the Board and this court. Because Nikrasch may not

simultaneously proceed in both fora, we directed her by order of October 11, 2012, to inform this court within 21 days that she had dismissed her petition at the Board or her petition would be dismissed.  Because Nikrasch has not done so, we dismiss.  Nikrasch may appeal after the full Board disposes of her pending petition.

Accordingly,

IT IS ORDERED THAT:

(1)  The petition for review is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s25